JANE H. KELLOGG, Appellant, *v.* JACOB STOUT et al., Respondents.

(Argued April 9, 1888; decided April 24,1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made March 10, 1885, which affirmed a judgment in favor of defendants, entered on a verdict.

*T. C. Cronin* for appellant.

*Alfred Jaretski* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.